UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re: Jessica Leigh Shroyer   Case Number:.23-12138-EPK
SS#: -5385   Chapter 13

Debtor(s).
_____/

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE CHAPTER 13 SCHEDULES, STATEMENT OF AFFAIRS, PLAN, PAYMENT ADVICES AND THE STATEMENT OF CURRENT MONTHLY INCOME FROM April 3rd, 2023, 2023 TO April 13th, 2023**

**COMES NOW** the Debtor(s), Jessica Leigh Shroyer , by and through her undersigned attorney and moves this Court for an extension of time within which to file the Chapter 13 Schedules, Statement of Financial Affairs, Plan, Payment Advices and Statement of Current Monthly Income from April 3rd, 2023, until April 13th, 2023, and shows this Court as follows:

1. That this Motion is brought pursuant to F.R.B.P. 1007 and 9006(b).

2. That the Debtor Counsel has substantially completed the Chapter 13 Schedules, Statement of Financial Affairs, Plan, Payment Advices and Statement of Current Monthly Income but needs additional time in order to do so.

3. That the Debtor requests this Court to allow the Debtor an extension of time within which to file the Chapter 13 Schedules, Statement of Financial Affairs, Plan, Payment Advices and the Statement of Current Monthly Income.

4. The 341 Meeting of Creditors has not been scheduled.  In accordance with the local rules, a copy of the proposed Order is attached to this Motion.

**WHEREFORE**, the Debtor prays for this Court to grant the extension of time and for such other and further relief as this Court deems just, equitable and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true copy of the foregoing has been served via U.S. Mail on **Robin R. Weiner, Trustee**, P.O. Box 559007, Fort Lauderdale, FL 33355-9007; **A.U.S.T.**, 51 SW First Avenue, Miami, FL 33130; **all Creditors** listed on the attached Creditor Matrix, this 31st day of March 2023.

Law Firm of Hoskins, Turco, Lloyd & Lloyd
By: Colin V. Lloyd, Esquire
Florida Bar No.: 0165182
302 South Second Street
Fort Pierce, FL 34950
(772) 464-4600 ext. 1504
(772) 465-4747 fax

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re: Jessica Leigh ShroyerCase Number:.23-12138-EPK
SS#: -5385Chapter 13

Debtor(s)./

**ORDER GRANTING MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE CHAPTER 13 SCHEDULES, STATEMENT OF AFFAIRS, PLAN, PAYMENT ADVICES AND THE STATEMENT OF CURRENT MONTHLY INCOME FROM April 3rd, 2023 TO April 13th, 2023**

**THIS CAUSE** came before the Court without a hearing on the Debtor Motion for Extension of Time to File Chapter 13 Schedules, Statement of Financial Affairs, Plan, Payment Advices and the Statement of Current Monthly Income pursuant to Bankruptcy Rules 1007 and 9006 and the Court finding that Robin R. Weiner, Esquire, Chapter 13 Trustee, has been given notice and that there is no necessity for a hearing to be held on this Motion, and the Court being otherwise fully advised in the premises, it is, thereupon

**ORDERED AND ADJUDGED**, as follows:

1. That the Debtor Motion for an Extension of Time to file the necessary Chapter 13 Schedules, Statement of Financial Affairs, Plan, Payment Advices and the Statement of Current Monthly Income is hereby ordered granted, and the Debtor shall have until April 13th, 2023, to file the Chapter 13 Schedules, Statement of Financial Affairs, Plan, Payment Advices and the Statement of Current Monthly Income.

2. No further extensions shall be granted absent extraordinary circumstances.

###

Creditors on Matrix, Robin Weiner, Trustee and the above to receive copies by DEBTORS' ATTORNEY who is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt.

Submitted by: Colin V. Lloyd, Esq.
Law Firm of Hoskins, Turco, Lloyd & Lloyd
302 S. 2nd Street
Fort Pierce, FL 34950
(772)464-4600  ext. 1504
(772)465-4747  facsimile

```
Label Matrix for local noticing          Brodato Legal Group                    City of Fort Pierce C/o Weidner Law, P.A
113C-9                                   110 SE 6th St, Suite 1729              250 Mirror Lake Dr. N
Case 23-12138-EPK                        Fort Lauderdale, FL 33301-5047         Saint Petersburg, FL 33701-3200
Southern District of Florida
West Palm Beach
Fri Mar 31 14:33:02 EDT 2023

Credit Management Control, Inc          Fort Pierce Utilites Authority         Internal Revenue Service
Attn: Bankruptcy                         PO Bo x3191                            ATTN: Bankruptcy Department
Po Box 1654                              Fort Pierce, FL 34948                  POB 7346
Green Bay, WI 54305-1654                                                        Philadelphia, PA 19101-7346


(p)MID ATLANTIC FINANCE                  Office of the US Trustee               St. Lucie County Tax Collector
1592 ULMERTON ROAD                       51 S.W. 1st Ave.                       Chris Craft, Tax Collector
CLEARWATER FL 33762-4107                 Suite 1204                             POB 308
                                         Miami, FL 33130-1614                   Fort Pierce, FL 34954-0308


Colin V Lloyd                            Jessica Leigh Shroyer                  Robin R Weiner
102 So 2 St                              108 S 15th St                          Robin R. Weiner, Chapter 13 Trustee
Ft. Pierce, FL 34950-1559                Fort Pierce, FL 34950-3914             Post Office Box 559007
                                                                                Fort Lauderdale, FL 33355-9007
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Mid-Atlantic Finance Company
Attn: Bankruptcy
1592 Ulmerton Road, Ste 200
Clearwater, FL 33762
```


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)West Palm Beach                       End of Label Matrix
                                         Mailable recipients    11
                                         Bypassed recipients     1
                                         Total                  12
```