**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re: Jessica Leigh Shroyer                                              Case No:.23-12138-EPK
SS#: -5385                                                                         Chapter 13

_____Debtor._____/

**CERTIFICATE OF SERVICE and (if service of notice of hearing)**
**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)**

I hereby certify that a true copy of the Order Granting Motion for Extension of Time Within Which to File Chapter 13 Schedules, Statement of Affairs, Plan, Payment Advices and the Statement of Current Monthly Income from April 3rd, 2023 to April 13th, 2023, docket number 10, and a true copy of paper which is the subject of the above(if not previously served) were furnished via electronic filing to **Robin R. Weiner, Trustee,** P.O. Box 559007, Fort Lauderdale, FL 33355-9007, and **A.U.S.T.,** 51 SW 1st Avenue, Room 1204, Miami, FL 33130; and via U.S. Mail to **all creditors** listed on the attached mailing matrix, on April 6th, 2023.

 

                                                      _____
                                                      Law Firm of Hoskins, Turco, Lloyd & Lloyd
                                                      By: Colin V. Lloyd, Esquire
                                                      Florida Bar No.: 0165182
                                                      302 South Second Street
                                                      Fort Pierce, FL 34950
                                                      (772) 464-4600, Ext. 1503
                                                      (772) 465-4747 Fax

*\*To reflect those parties served electronically, a copy of the court's Notice of Electronic Filing for the referenced Notice of Hearing may be attached to this certificate, in addition to a separate list of parties required to be served by US Mail.*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 23-12138-EPK<br>Southern District of Florida<br>West Palm Beach<br>Thu Apr  6 07:29:44 EDT 2023 | Brocato Legal Group<br>110 SE 6th St, Suite 1729<br>Fort Lauderdale, FL 33301-5047 | City of Fort Pierce C/o Weidner Law, P.A<br>250 Mirror Lake Dr. N<br>Saint Petersburg, FL 33701-3200 |
| Credit Management Control, Inc<br>Attn: Bankruptcy<br>Po Box 1654<br>Green Bay, WI 54305-1654 | Fort Pierce Utilites Authority<br>PO Bo x3191<br>Fort Pierce, FL 34948 | Internal Revenue Service<br>ATTN: Bankruptcy Department<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| (p)MID ATLANTIC FINANCE<br>4592 ULMERTON ROAD<br>CLEARWATER FL 33762-4107 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | St. Lucie County Tax Collector<br>Chris Craft, Tax Collector<br>POB 308<br>Fort Pierce, FL 34954-0308 |
| Colin V Lloyd<br>302 So 2 St<br>Ft. Pierce, FL 34950-1559 | Jessica Leigh Shroyer<br>108 S 15th St<br>Fort Pierce, FL 34950-3914 | Robin R Weiner<br>Robin R. Weiner, Chapter 13 Trustee<br>Post Office Box 559007<br>Fort Lauderdale, FL 33355-9007 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Mid-Atlantic Finance Company
Attn: Bankruptcy
4592 Ulmerton Road, Ste 200
Clearwater, FL 33762

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)West Palm Beach | End of Label Matrix<br>Mailable recipients   11<br>Bypassed recipients    1<br>Total                 12 |