UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 23-12138-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

JESSICA LEIGH SHROYER
XXX-XX-5385

DEBTOR_____/

### MOTION AUTHORIZING CHAPTER 13 TRUSTEE TO DISBURSE PRE-CONFIRMATION PAYMENTS TO ADMINISTRATIVE, SECURED, AND PRIORITY CREDITORS

COMES NOW, Robin R. Weiner, Standing Chapter 13 Trustee and her staff attorneys in the above-referenced case ("Trustee"), hereby moves this Honorable Court for an Order granting Motion Authorizing Chapter 13 Trustee to Disburse Pre-Confirmation Payments to Administrative, Secured, and Priority Creditors pursuant to 11 U.S.C. § 361 and § 1326, and states:

1. To facilitate the administration of the case, the Trustee requests all interim pre-confirmation payments received by the Trustee be deemed non-refundable to the Debtor should the case be dismissed prior to Confirmation.

2. As a condition of the continued Confirmation Hearing, the Trustee requests to retain any and all interim pre-confirmation payments in trust as adequate protection payments for the secured creditors and in trust for the administrative and priority creditors on a pro-rata basis, in accordance with the last filed plan filed at least one day prior to the last confirmation hearing date, less all applicable Trustee's fees and costs pending confirmation or dismissal of the case.

3. In the event the Case be dismissed, the Trustee shall disburse in the normal course all payments held in trust on a pro-rata basis, in accordance with the last filed plan filed at least one day prior to the last confirmation hearing date, less all applicable Trustee's fees and costs.

**WHEREFORE** the Trustee respectfully requests this Honorable Court enter an Order granting Motion Authorizing Chapter 13 Trustee to Disburse Pre-Confirmation Payments to Administrative, Secured, and Priority Creditors, and for such other and further relief as the Court deems just and proper.

MOTION AUTHORIZING CHAPTER 13 TRUSTEE TO DISBURSE PRE-CONFIRMATION PAYMENTS TO ADMINISTRATIVE, SECURED, AND PRIORITY CREDITORS
CASE NO.: 23-12138-BKC-EPK

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Motion Authorizing Chapter 13 Trustee to Disburse Pre-Confirmation Payments to Administrative, Secured, and Priority Creditors was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 12th day of July, 2023.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**COPIES FURNISHED VIA CM/ECF TO:**

ASSISTANT U.S. TRUSTEE
51 SW FIRST AVENUE
ROOM 1204
MIAMI, FL 33130

**DEBTOR**

JESSICA LEIGH SHROYER
108 S 15TH ST
FORT PIERCE, FL  34950

**ATTORNEY FOR DEBTOR**

COLIN LLOYD, ESQUIRE
HOSKINS & TURCO, P.L.
302 S. 2ND STREET
FT. PIERCE, FL  34950

**CREDITOR(S)**

ASHLEY FUNDING SERVICES, LLC
C/O RESURGENT CAPITAL SERVICES
POB 10587
GREENVILLE,  SC  29603-0587

MOTION AUTHORIZING CHAPTER 13 TRUSTEE TO DISBURSE PRE-CONFIRMATION PAYMENTS TO ADMINISTRATIVE, SECURED, AND PRIORITY CREDITORS
CASE NO.: 23-12138-BKC-EPK

ATCF II FLORIDA-A LLC
POB 69239
BALTIMORE, MD 21264

BROCATO LEGAL GROUP
110 SE 6TH ST, SUITE 1729
FORT LAUDERDALE, FL 33301

CITY OF FORT PIERCE
ATTN: BANKRUPTCY DEPARTMENT
100 N. US HIGHWAY 1
FORT PIERCE, FL 34950

CITY OF FORT PIERCE C/O WEIDNER LAW, P.A
250 MIRROR LAKE DR. N
SAINT PETERSBURG, FL 33701

CREDIT MANAGEMENT CONTROL, INC
ATTN: BANKRUPTCY
PO BOX 1654
GREEN BAY, WI 54305

FLAVORED NEUTRINOS LLC
POB 1529
NEW SMYRNA BEACH, FL 32170

LAWNWOOD REGIONAL MEDICAL CENTER
C/O RESURGENT CAPITAL SERVICES
POB 1927
GREENVILLE, SC 29602

MID-ATLANTIC FINANCE COMPANY
ATTN: BANKRUPTCY
4592 ULMERTON ROAD, STE 200
CLEARWATER, FL 33762

ST LUCIE COUNTY TAX COLLECTOR
POB 308
FT PIERCE, FL 34954

MOTION AUTHORIZING CHAPTER 13 TRUSTEE TO DISBURSE PRE-CONFIRMATION PAYMENTS TO ADMINISTRATIVE, SECURED, AND PRIORITY CREDITORS
CASE NO.:  23-12138-BKC-EPK

ST. LUCIE COUNTY TAX COLLECTOR
CHRIS CRAFT, TAX COLLECTOR
POB 308
FORT PIERCE,  FL  34945