

**ORDERED in the Southern District of Florida on August 17, 2023.**



**Erik P. Kimball, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  23-12138-BKC-EPK
PROCEEDING UNDER CHAPTER 13

**IN RE:**

JESSICA LEIGH SHROYER
XXX-XX-5385

DEBTOR_____/

### ORDER GRANTING MOTION AUTHORIZING CHAPTER 13 TRUSTEE TO DISBURSE PRE-CONFIRMATION PAYMENTS TO ADMINISTRATIVE, SECURED, AND PRIORITY CREDITORS

THIS CAUSE came to be heard on the August 15, 2023 Consent Calendar upon Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Motion Authorizing Chapter 13 Trustee to Disburse Pre-Confirmation Payments to Administrative, Secured, and Priority Creditor ("Motion"), without opposition, and based upon the record, it is

**ORDERED:**

1. The Trustee's Motion is **GRANTED**.

ORDER GRANTING MOTION AUTHORIZING CHAPTER 13 TRUSTEE TO DISBURSE PRE-CONFIRMATION PAYMENTS TO ADMINISTRATIVE, SECURED, AND PRIORITY CREDITORS
CASE NO.: 23-12138-BKC-EPK

2. To facilitate the administration of this case, any and all interim pre-confirmation payments made to the Trustee shall be non-refundable to the Debtor should the case be dismissed prior to Confirmation.

3. The Debtor is ordered to continue making payments each month to the Trustee in accordance with the last filed Chapter 13 Plan. Failure to continue payments may result in the dismissal of the case.

4. As a condition for the continued confirmation hearing and delay of payments to the creditors, the Trustee shall hold any and all interim pre-confirmation payments in trust as adequate protection payments for the secured creditors and in trust for the administrative and priority creditors on a pro-rata basis, in accordance with the last filed plan filed at least one day prior to the last confirmation hearing date, less all applicable Trustee's fees and costs pending confirmation or dismissal of the case.

5. If for any reason the case is dismissed, the Trustee shall disburse in the normal course all payments held in trust on a pro-rata basis, in accordance with the last filed plan filed at least one day prior to the last confirmation hearing date, less all applicable Trustee's fees and costs.

###

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COLIN LLOYD, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS ORDER TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.