

**ORDERED in the Southern District of Florida on November 20, 2023.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re: JESSICA LEIGH SHROYER          CASE NO.: 23-12138-BKC-EPK
SS#: - 5385                            Chapter 13

    Debtor
_____/

**ORDER GRANTING**
**THE CITY OF FORT PIERCE'S MOTION FOR RELIEF FROM STAY**

    **THIS CASE** came on for consideration on November 14, 2023 on the **Motion for Relief from Stay** filed by **CREDITOR CITY OF FORT PIERCE** (Doc. No. 52) (the "Motion"). After having heard the arguments of presents parties, it is

    **ORDERED**:

1.     The Motion (Doc. No. 52) is granted.

2.     The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to Movant's interest in the following property:

```
The North 1/2 of Lot 4, Block 3, J S Keen's
Subdivision, according to plat thereof as
recorded in Plat Book 1, Page 41, of the Public
```

```
                    Records of St Lucie County, Florida.
                    and
                    The North 1/2 of Lot 5, Block 3, J S Keen's
                    Subdivision, according to plat thereof as
                    recorded in Plat Book 1, Page 41, of the Public
                    Records of St Lucie County, Florida.
                    Property No. 2409-813-0014-000/8
                    and
                    2409-813-0015-010/8
                    Commonly referred to as
                    108 S 15TH St
                    And
                    106 S 15TH St
                    Fort Pierce, FL 34950
```

3. The automatic stay is modified for the sole purpose of allowing Movant to complete, *in rem* relief, to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

###

Submitted by:

Matthew Weidner, Esq.
Florida Bar No.: 185957
250 Mirror Lake Drive N.
St. Petersburg, FL 33701-3200
(727) 954-8752

Attorney Matthew D. Weidner is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.